UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF COALITION DEVELOPMENT LIMITED,<br><br>Applicant. | Case No. 21-mc-80057-VKD<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**<br><br>Re: Dkt. No. 1 |

Applicant Coalition Development Limited ("Coalition") has filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing service of a subpoena for documents on Google LLC ("Google"). Dkt. No. 1. Although the proposed subpoena is directed to Google, Coalition will use the subpoena to obtain information regarding certain Google accounts it believes its former employees used to misappropriate confidential data belonging to Coalition. Dkt. No. 1-1 at 5–6. Coalition seeks this information in aid of contemplated civil actions in England and India. Dkt. No. 1 ¶ 6.

Coalition's application meets the statutory criteria for an order under 28 U.S.C. § 1782 authorizing service of the proposed subpoena on Google. In addition, the factors that inform the Court's exercise of its discretion under *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264–65 (2004) favor authorizing service of the subpoena. Accordingly, for the reasons stated in Coalition's petition and supporting materials, the Court grants the application and authorizes service on Google of the proposed subpoena attached as Exhibit A to Coalition's proposed order. Dkt. No. 1-4, Ex. A. For the avoidance of doubt, Coalition may not obtain by means of the subpoena the contents of any communication. *See* 18 U.S.C. § 2702(a).

Coalition also asks the Court to order Google to preserve all evidence relating the Google accounts that are the subject of the subpoena. Given the circumstances described in Coalition's application, the Court finds good cause for such an order.

The Court therefore orders as follows:

1. Google shall preserve all evidence relating to the following Gmail accounts: bangkok20190101@gmail.com; bangkokmc2012@gmail.com; brock60708090@gmail.com; and jc60708090@gmail.com ("the Gmail Accounts") and all evidence relating to Google applications and accounts associated with the Gmail addresses associated with the Gmail Accounts ("the Google Accounts"). This preservation order shall extend to include all data and information described in Attachment A to the subpoena and all content (emails or otherwise) in the Gmail Accounts and the Google Accounts, including deleted emails or other documents that Google retains.

2. Coalition shall serve copies of the subpoena, this order, and Coalition's application and all supporting materials on Google within 5 calendar days.

3. Within 5 calendar days of service of the subpoena and this order, Google shall notify each of the account holders and account users of the Gmail Accounts and Google Accounts that the requested information is sought by Coalition, and shall serve a copy of this order on each such person.

4. Google and or any person whose information is sought may, within 14 days of receiving notice, file a motion in this Court contesting the subpoena (including a motion to quash or modify the subpoena).

5. Alternatively, any person whose identifying information is sought may, within 14 days from the date of the notice, advise Google in writing of any objections he or she has to the disclosure of the information and the bases for any such objections. Within 5 days of receipt of any such objections, Google shall so advise the Court.

6. If any person contests the subpoena or objects to any portion of it, Google shall preserve, but not disclose, the information sought by the subpoena pending resolution of that contest or objection.

7. Any information Coalition obtains pursuant to the subpoena may be used only for purposes of the anticipated actions before a UK or India tribunal, or as required by the laws of the UK and/or India with regards to disclosure, and Coalition may not otherwise disclose such information or use it for any other purpose absent a Court order authorizing such disclosure or use.

**IT IS SO ORDERED.**

Dated: March 25, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge